# IN THE SUPREME COURT OF THE STATE OF NEVADA

OLIMPO ARMANDO TORO,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77690

**FILED**

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant filed a notice of appeal on December 11, 2018. The notice of appeal fails to identify any judgments of the district court. Further, it does not appear from the district court docket and minute entries that the district court entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Eric Johnson, District Judge
       Olimpo Armando Toro
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-04959